The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on August 3, 2022, which may be different from its entry on the record.

**IT IS SO ORDERED.**

**Dated: August 3, 2022**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Cobra Pipeline Co., Ltd., | ) | Case No. 19-15961 |
| | ) | |
| Debtor in Possession. | ) | Chapter 11 |
| | ) | |
| | ) | Judge Harris |
| | ) | |

**ORDER GRANTING FOURTH INTERIM FEE APPLICATION OF KRAVITZ, BROWN & DORTCH LLC FOR ALLOWANCE OF COMPENSATION AS REGULATORY COUNSEL FOR THE DEBTOR FOR THE PERIOD OF SEPTEMBER 16, 2021 THROUGH APRIL 30, 2022**

Upon the Fourth Interim Fee Application of Kravitz, Brown & Dortch LLC [Docket No. 259], the Court hereby finds as follows:

A. This case was commenced on September 25, 2019, when the Debtor filed a Voluntary Petition for relief under Chapter 11 of the U.S. Bankruptcy Code.

B. This Court has jurisdiction over this matter under 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court under and pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding under 28 U.S.C. § 157(b)(2).

C. Applicant Kravitz, Brown & Dortch LLC was retained pursuant to an Order entered on November 6, 2019 [Docket No. 38].

D. The total of the fees and expenses sought in the Fourth Interim Fee Application, $14,955, constitutes actual, reasonable, and necessary fees and expenses for the Fourth Interim Fee Period.

E. Notice of the Fourth Interim Fee Application was provided to all creditors and parties in interest, pursuant to the applicable Bankruptcy Rules.

F. No objections were lodged with respect to the Fourth Interim Fee Application, or any objections filed were withdrawn or overruled.

**IT IS THEREFORE ORDERED** as follows:

1. The Fourth Interim Fee Application is APPROVED as provided herein.

2. Fees of $14,955.00 are APPROVED on an interim basis. No reimbursement for expenses was requested in the Fourth Interim Fee Application.

3. The Debtor is authorized to pay $14,955.00 to Kravitz, Brown & Dortch LLC upon entry of this Order.

4. This Court shall retain jurisdiction with respect to the entry of additional interim and final orders with respect to the compensation of professionals in this case.

###

This Order Prepared By:

/s/Thomas W. Coffey
Thomas W. Coffey (0046877)
Coffey Law LLC
2430 Tremont Avenue
Cleveland, OH 44113
(216) 870-8866
tcoffey@tcoffeylaw.com

*Counsel for the Debtor*

# CERTIFICATE OF SERVICE

The foregoing Order Granting the Fourth Interim Fee Application of Kravitz Brown & Dortch, Regulatory Counsel for the Debtor, was served as follows:

Upon the following, **via the Court's Electronic Filing System**:

- Maria D. Giannirakis, Trial Attorney for the Office of the United States Trustee, at

    maria.d.giannirakis@usdoj.gov

- Alison L. Archer, Attorney for the Ohio Department of Taxation, at

    alison.archer@ohioattorneygeneral.gov,

- Trish Lazich, Attorney for the Ohio Department of Taxation, at

    trish.lazich@ohioattorneygeneral.gov ,

- Kari B. Coniglio, Attorney for the Trustee of the Estate of Richard M. Osborne, at

    kbconiglio@vorys.com, mdwalkuski@vorys.com, jncash2@vorys.com

- Elia O. Woyt, Attorney for the Trustee of the Estate of Richard M. Osborne, at

    eowoyt@vorys.com

- Christopher J. Klym, Attorney for the Ohio Department of Taxation, at

    bk@hhkwlaw.com

- Timothy P. Palmer, Attorney for Huntington National Bank, at

    timothy.palmer@bipc.com

- Anthony J. DeGirolamo, Attorney for Columbiana County and Washington County, at

    ajdlaw@sbcglobal.net

- Marc Merklin, Bridget Franklin, and John C. Fairweather, Attorneys for the Public Utilities Commission of Ohio, at mmerklin@brouse.com, jfairweather@brouse.com, sgibson@brouse.com, bfranklin@brouse.com, tpalcic@brouse.com, mmiller@brouse.com

And upon the holders of the 20 largest unsecured claims in this case, with the exception of those creditors represented by Counsel as set forth above, by First Class U.S. Mail, Postage Prepaid, at the addresses set forth on the following Schedule; and,

By First Class U.S. Mail, Postage Prepaid, upon all creditors and parties in interest in this case, as reflected on the attached mailing matrix.

**Schedule of Unsecured Creditors Receiving Service by Mail**

Trumbull County Treasurer
160 High Street NW
Warren, OH 44481

Crawford County Treasurer
112 E. Mansfield St., Ste 102
Bucyrus, OH 44820

Geauga County Treasurer
211 Main Street, Suite 1-A
Chardon, OH 44024

Holmes County Treasurer
75 E. Clinton St., Ste 105
Millersburg, OH 44654

Lake County Treasurer
105 Main Street, Box 490
Painesville, OH 44077

Orwell-Trumbull Pipeline
c/o Richard M. Bain, Esq.
Meyers Roman Freidberg
28601 Chagrin Blvd, Ste 600
Cleveland, OH 44133

Utility Technologies Int'l
4700 Homer Ohio Lane
Groveport, OH 43125

Constellation New Energy
750 East Pratt Street
Baltimore, MD 21202

Cumberland Gas Marketing
20718 Danville-Amity Road
Mt. Vernon, OH 43058

Wayne County Treasurer
428 W Liberty Street
Wooster, OH 44691

Interstate Gas Supply
P.O. Box 8002
Dublin, OH 43016

Mahoning County Treasurer
120 Market Street
Youngstown, OH 44503

Stand Energy Corporation
1077 Celestial Street
Cincinnati, OH 45202

Washington County Treasurer
205 Putnam Street-Courthouse
Marietta, OH 45750

4

19-15961-aih    Doc 264    FILED 08/03/22    ENTERED 08/04/22 09:43:36    Page 4 of 7

Abe JC and Fannie D Miller
9358 S Kansas Rd
Fredericksburg, OH 44627

Adam and Katy Yoder
8364 Township Rd. 565
Holmesville, OH 44633

Ally
PO Box 9001951
Louisville, KY 40290

Ally Financial
P.O. Box 9001951
Louisville, KY 40290-1950

American Premier Underwriters/Audit
PO Box 50588
Jacksonville Beach, FL 32240

Ashtabula County Treasurer
25 W Jefferson St
Jefferson, OH 44047

Brainard Natural Gas
5640 Lancaster-Newark Rd
Pleasantville, OH 43148

Clark and Ethel Reese
13991 State Route 339
Waterford, OH 45786-5257

Columbia Gas Transmission
1700 MacCorkle Ave SE
P.O. Box 1273
Charleston, WV 25325

Columbia Gas Transmission LLC
700 Louisiana Street
Ste 700
Houston, TX 77002-2700

Columbiana County Treasurer
105 S. Market St, Ste 8
Lisbon, OH 44432

Consolidated Rail Corp
P.O. Box 71290
Mail Code 5630
Charlotte, NC 28272-1290

Contellation New Energy
9960 Corporate Campus Drive
Suite 2000
Louisville, KY 40223

Crawford County Treasurer
112 E Mansfield St, Suite 102
Bucyrus, OH 44820

CSX
500 Water St. J180
Jacksonville, FL 32202

Cumberland Gas Marketing
20718 Danville-Amity Road
Mt. Vernon, OH 43058

David and Fannie Troyer
4029 CR 70
Sugarcreek, OH 44681

David Story
Route 2
Lowell, OH 45744

Economic Development Railway
4319 Belmont Ave.
Youngstown, OH 44505

Empowering Energy Choice
141 Longwater Dr Suite 113
Norwell, MA 02061

Exelon Generation Company
300 Exelon Way
Kennett Square, PA 19348

Franklin County Treasurer
373 S High St
17th Flr
Columbus, OH 43215

Fred and Kathleen Eichmiller
PO Box 95
Waterford, OH 45786

Gas Marketing
840 Swartz Rd
Reno, OH 45773

Gas Natural Resources
5640 Lancaster-Newark Rd
Pleasantville, OH 43148

Gatherco Inc
300 Tracy Bridge Rd
Orrville, OH 44667

Gatherco Inc.
5772 Dressler Rd.
North Canton, OH 44720

Geauga County Treasurer
211 Main Street, Suite 1-A
Chardon, OH 44024

Geauga Parks & Recreation
9160 Robinson Rd.
Chardon, OH 44024

GM Financial
PO Box 78143
Phoenix, AZ 85062

| | | |
|---|---|---|
| H I Smith Oil & Gas<br>P.O. Box 6<br>Holmesville, OH 44633 | Heinrich Enterprises, Inc<br>P.O. Box 305<br>Reno, OH 45773 | Holmes County Treasurer<br>75 E Clinton St, Suite 105<br>Millersburg, OH 44654 |
| Huntington National Bank<br>310 Grant Street<br>2nd Flr.(CAB11)<br>Pittsburgh, PA 15219 | Huron County Treasurer<br>16 E Main St, Flr 1<br>Norwalk, OH 44857 | Interstate Gas Supply, Inc.<br>PO Box 8002<br>Dublin, OH 43016 |
| IPFS Corporation<br>24722 Network Place<br>Chicago, IL 60673-1247 | Joseph Schott<br>15720 Waterford Rd.<br>Waterford, OH 45786 | K L J Inc.<br>35651 State Route 5378<br>Graysville, OH 45734-7002 |
| KIDN Marketing LTD<br>4100 Holiday St NW Ste 201<br>Canton, OH 44718 | KJDN Marketing Ltd.<br>5900 Mayfair Drive<br>North Canton, OH 44720 | Kravitz, Brown & Dortch, LLC<br>65 East State St. Suite 200<br>Columbus, OH 43215 |
| Kubota<br>P.O. Box 0559<br>Carol Stream, IL 60132-0559 | Kubota Credit Corporation USA<br>PO Box 0559<br>Carol Stream, IL 60132 | Lake County Treasurer<br>105 Main Street, Box 490<br>Painesville, OH 44077 |
| Mahoning County Treasurer<br>120 Market St<br>Youngstown, OH 44503 | Marlin Business Bank<br>PO Box 13604<br>Philadelphia, PA 19101 | Marlin Capital Solutions<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| Mason Producing Inc<br>P.O. Box 2696<br>Westerville, OH 43086 | Maurice Reed<br>PO Box 75<br>Reedsville, OH 45772 | Mid-Atlantic Energy LLC<br>11307 Polo Pl, Ste E<br>Midlothian, VA 23113 |
| Newbury Local Schools<br>14775 Auburn Rd.<br>Newbury, OH 44065 | Noble County Treasurer<br>290 Courthouse Sq.<br>Caldwell, OH 43724 | Norfolk Southern Corp.<br>PO Box 116944<br>Atlanta, GA 30368-6940 |
| Northeast Ohio Natural Gas<br>5640 Lancaster-Newark Rd<br>Pleasantville, OH 43148 | Ohio Department of Taxation/Public<br>4485 Northland Ridge Blvd<br>Columbus, OH 43229 | Orwell Natural Gas<br>5640 Lancaster-Newark Rd<br>Pleasantville, OH 43148 |
| Orwell-Trumbull Pipeline<br>Richard M. Bain, Esq.<br>Meyers Roman Friedberg & Lewis<br>28601 Chagrin Blvd, Ste 600<br>Cleveland, OH 44133 | OsAir, Inc.<br>Box 1020<br>Mentor, OH 44060 | Paradigm<br>P.O. Box 9123<br>Wichita, KS 67277 |

Progressive
Dept 0561
Carol Stream, IL 60132-0561

Raymond and Doris Hiener
State Route 676
Vincent, OH 45784

Republic Services
3870 Hendricks Rd.
Youngstown, OH 44515

Revod Investments LLC
406 Hoyd St.
Dover, OH 44622

Russ Janson
1716 Mill Creek Rd.
Jefferson, OH 44047

S&S Rentals
7571 State Rt 83
Holmesville, OH 44633

Stand Energy Corporation
1077 Celestial St., Rockwood Bldg. #3
Cincinnati, OH 45202-1629

Stonebridge Operating Co, LLC
1635 Warren Chapel Rd.
Fleming, OH 45729

Stonebridge Operating Co.
1635 Warren Chapel Road
Fleming, OH 45729

Trumbull County Treasurer
160 High St NW
Warren, OH 44481

Union County Treasurer
233 W 6th St, Box 420
Marysville, OH 43040

USDA Forest Service
PO Box 6200-09
Portland, OR 97228-6200

Utilities Technologies International
4700 Homer Ohio Lane
Groveport, OH 43125

Utility Pipeline, Ltd.
4100 Holiday St. NW, Suite 201
Canton, OH 44718

Utility Technologies Int'l Corp
4700 Homer Ohio Lane
Groveport, OH 43125

Veriforce LLC
PO Box 670634
Dallas, TX 75267

Verizon Connect Fleet USA LLC
1100 Winter Street
Suite 4600
Waltham, MA 02451

Volunteer Energy
790 Windmiller Dr.
Pickerington, OH 43147

Volunteer Energy Services
790 Windmiller
Pickerington, OH 43147

Washington County Treasurer
205 Putnam St – Courthouse
Marietta, OH 45750

Wayne County Treasurer
428 W Liberty St
Wooster, OH 44691

Westfield Insurance
PO Box 9001566
Louisville, KY 40290-1566

Wood County Treasurer
1 Courthouse Sq.
Bowling Green, OH 43402

Wuliger & Wuliger LLC
2003 Saint Clair St.
Cleveland, OH 44114

Wyandot County Treasurer
109 S Sandusky Ave, RM 22
Upper Sandusky, OH 43351